RUSSELL E. HAMLIN and Others, Respondents, v. G. E. BARRETT & COMPANY, INC., Defendant, Impleaded with THE BELAMOSE CORPORATION, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Merrell, J., dissents.

In the Matter of the Application of MARKS MODLIN and Another, Copartners, etc., Respondents, for an Order Directing that Arbitration Proceed to Settle the Controversy between Petitioners and SCHMOLL FILS ASSOCIATED, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

PENNRICH & COMPANY, INC., Respondent, v. JUNIATA HOSIERY MILLS, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Merrell and Finch, JJ., dissent.

In the Matter of the Application of MARY CAROLINE BENEDICT for a Decree Directing Payments on Account of Share of the Residuary Estate of EMILY B. HOPKINS, Deceased.— Order affirmed, with ten dollars costs and disbursements to the respondent payable out of the estate. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of Proving the Last Will and Testament of L. VICTOR FROMENT, Deceased.— Order affirmed, with ten dollars costs and disbursements to the respondents. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

IRVING TAYLOR, Appellant, v. NAT GINSBERG, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE SOCIETY OF THE NEW YORK HOSPITAL, Respondent, v. RAYMOND P. ACKERMAN, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MALCOLM F. MORLAN, Respondent, v. W. CHAUNCEY FLOYD-JONES, JR., and Others, Defendants, Impleaded with LESLIE L. VIVIAN and Another, Appellants. — Order modified by providing that defendants, appellants, shall have leave to renew the motion unless the cause be noticed for trial and placed upon the calendar for the October, 1927, term of the court, and as so modified affirmed, with ten dollars costs and disbursements to the appellants. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SOCIEDAD ANONIMA COMERCIAL Y FINANCIERA PORTALIS Y COMPANIA LIMITADA, Also Known as PORTALIS & COMPANY, LIMITED, Respondent, v. FRED S. JAMES & COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SOCIEDAD ANONIMA COMERCIAL Y FINANCIERA PORTALIS Y COMPANIA LIMITADA, Also Known as PORTALIS & COMPANY, LIMITED, Respondent, v. FRED S. JAMES & COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ISAAC FENSTER, Respondent, v. DAVID WELSCH, Sued Herein as DAVID WELSH,